AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| AMIR HESHMATPOUR | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    2:21-cv-02763-RGK-AGR |
| FCA US LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMIR HESHMATPOUR                                                                                    .

Date:    05/04/2021

/s/ Daniel Law
*Attorney's signature*

Daniel Law (SBN 308855)
*Printed name and bar number*

Strategic Legal Practices, APC
1840 Century Park East, Ste. 430
Los Angeles, CA 90067

*Address*

dlaw@slpattorney.com
*E-mail address*

(310) 929-4900
*Telephone number*

(310) 943-3838
*FAX number*

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1840 Century Park East, Suite 430, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

## APPEARANCE OF COUNSEL

on the interested parties in said case as follows:

### Served Electronically Via the Court's CM/ECF System

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on May 4, 2021.

_____
Lydia Fuller

**CERTIFICATE OF SERVICE**