Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
Daniel Law (SBN 308855)
Email: dlaw@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838
Attorneys for Plaintiff,
AMIR HESHMATPOUR

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
KATHERINE VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA CLAYTON (SBN: 204215)
tclayton@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054
Attorneys for Defendant,
FCA US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR HESHMAPOUR, | Case No.: 2:21-cv-02763 |
| Plaintiff, | Judge: Hon. R. Gary Klausner |
| vs. | Magistrate Judge: Hon. Alicia G. Rosenberg |
| FCA US, LLC; SHAVER AUTOMOTIVE GROUP; and DOES 1 through 10, inclusive, | Courtroom: 850 |
| Defendants. | **JOINT STIPULATION TO CONTINUE JULY 12, 2021 SCHEDULING CONFERENCE** |

**TO THE HONORABLE COURT:**

Plaintiff AMIR HESHMATPOUR ("Plaintiff") and Defendant FCA US, LLC ("Defendant" or "FCA") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, a Scheduling Conference in this matter is currently scheduled for Monday, July 12, 2021, at 9:00 AM.

WHEREAS, on May 10, 2021, counsel for the Parties held a Local Rule ("LR") 7-3 conference regarding Plaintiff's intent to file a Motion to Remand to remand this action back to the Los Aneles Superior Court.

WHEREAS, the Parties could not reach a resolution at the LR 7-3 Conference, and agreed that the filing of Motion to Remand is necessary to resolve these issues.

WHEREAS, also at the LR 7-3 Conference, counsel for the Parties agreed to jointly stipulate to continue the upcoming July 12, 2021 Scheduling Conference to allow the Court to resolve the jurisdictional issue for this matter.

WHEREAS, Plaintiff intends to file the Motion to Remand on May 17, 2021, after the statutory seven-day waiting period under LR 7-3, for hearing date in June 2021.

WHEREAS, the Court's ruling on Plaintiff's Motion to Remand may change the posture of this matter and obviate the need for compliance with: 1) current deadlines, including deadlines associated with the filing of the Joint Rule 26(f) Report; and 2) participation in the July 12, 2021 Scheduling Conference.

WHEREAS, this is the first and only request for a continuance of the July 12, 2021 Scheduling Conference in this matter.

/ / /

/ / /

/ / /

NOW THEREFORE, IT IS HEREBY STIPULATED, and Counsel for the Parties do hereby jointly request and stipulate to continue the presently set July 12, 2021 Scheduling Conference and the all associated deadlines for the filing of a Joint Rule 26(f) Report, at least thirty (30) days from July 12, 2021.

Dated: May 13, 2021                    **STRATEGIC LEGAL PRACTICES, APC**


/s/ Daniel Law
TIONNA DOLIN
DANIEL LAW
Attorneys for Plaintiff
AMIR HESHMATPOUR


DATED: MAY 13, 2021                    **GORDON REES SCULLY MANSUKHANI, LLP**


/s/ Trina M. Clayton
SPENCER HUGRET
TRINA M. CLAYTON
KATHERINE VILCHEZ
Attorneys for Defendant,
FCA US, LLC

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1840 Century Park East, Suite 430, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**JOINT STIPULATION TO CONTINUE JULY 12, 2021 SCHEDULING CONFERENCE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on May 13, 2021.

Lydia Fuller

**CERTIFICATE OF SERVICE**