Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
Daniel Law (SBN 308855)
Email: dlaw@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838
Attorneys for Plaintiffs,
AMIR HESHMATPOUR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR HESHMATPOUR,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC; SHAVER AUTOMOTIVE GROUP; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02763<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Alicia G. Rosenberg<br><br>Courtroom: 850<br><br>**DECLARATION OF DANIEL LAW IN SUPPORT OF JOINT STIPULATION TO CONTINUE JULY 12, 2021 SCHEDULING CONFERENCE**<br><br>[Concurrently filed with Joint Stipulation to Continue July 12, 2021 Scheduling Conference] |

DELCARATION OF DANIEL LAW IN SUPPORT OF JOINT STIPULATION TO CONTINUE JULY 12, 2021 SCHEDULING CONFERENCE

## DECLARATION OF DANIEL LAW

I, Daniel Law, declare:

I am an attorney admitted to the Bar of the State of California and the United States District Court, Central District of California. I am an attorney at Strategic Legal Practices, APC ("Strategic") and counsel of record for Plaintiff AMIR HESHMATPOUR ("Plaintiff") in the above-captioned matter. My knowledge of the information and events described herein derives from my personal knowledge, a careful review of the file, relevant court records, and communications with other Plaintiffs' counsel, and if called as a witness, I could and would competently testify thereto.

I submit this declaration in support of the Parties' JOINT STIPULATION TO CONTINUE THE JULY 12, 2021 SCHEDULING CONFERENCE.

1. There have been no previous requests or stipulations by the parties jointly or individually to continue the July 12, 2021 Scheduling Conference in this matter.

2. Plaintiff intends to file its Motion to Remand on May 17, 2021, after the Local Rule 7-3 statutory waiting period, with a hearing date in June, 2021.

3. I believe that continuing the July 12, 2021 Scheduling Conference will *not* have a detrimental or unnecessarily delaying effect on this case because the Scheduling Conference is the only currently-scheduled hearing in this matter. Defendant's Counsel agrees that a continuance will not have a detrimental effect on the case.

4. Continuing the July 12, 2021 Scheduling Conference will also reduce the need for the Court to expend scarce judicial resources on issues that may prove to be moot.

/ / /

/ / /

1
DECLARATION OF DANIEL LAW IN SUPPORT OF JOINT STIPULATION TO CONTINUE JULY 12, 2021 SCHEDULING CONFERENCE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 13, 2021 at Los Angeles, California

                                         */s/ Daniel Law*
                                         DANIEL LAW

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1840 Century Park East, Suite 430, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**DECLARATION OF DANIEL LAW IN SUPPORT OF JOINT STIPULATION TO CONTINUE JULY 12, 2021 SCHEDULING CONFERENCE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on May 13, 2021.

_____
Lydia Fuller

**CERTIFICATE OF SERVICE**