# DENIED
## BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIR HESHMATPOUR, | Case No.: 2:21-cv-02763 |
| Plaintiff, | Judge: Hon. R. Gary Klausner |
| vs. | Magistrate Judge: Hon. Alicia G. Rosenberg |
| FCA US, LLC; SHAVER AUTOMOTIVE GROUP; and DOES 1 through 10, inclusive, | Courtroom: 850 |
| Defendants. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE JULY 12, 2021 SCHEDULING CONFERENCE** |

## [PROPOSED] ORDER

~~The Court, having considered the Joint Stipulation to Continue the July 12, 2021 Scheduling Conference filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:~~

~~1.  The Joint Stipulation to Continue July 12, 2021 Scheduling Conference and all related deadlines is **GRANTED**;~~

~~2.  The Scheduling Conference currently set for July 12, 2021, and all associated and related deadlines, is hereby **VACATED**; and~~

~~3.  The Scheduling Conference is continued to _____ and any associated deadlines are as follows: _____~~

~~_____~~

~~_____.~~

~~**PURSUANT TO STIPULATION, IT IS SO ORDERED.**~~

The Stipulation is DENIED.

IT IS SO ORDERED.

Dated:  May 14, 2021

_____

THE HONORABLE R. GARY KLAUSNER.
UNITED STATES DISTRICT COURT JUDGE

1