

## United States District Court
### Central District of California
## Office of the Clerk

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

November 16, 2021

  Ventura County Superior Court – Hall of Justice
  800 South Victoria Avenue
  Ventura, CA 93009

Re:  Case Number:  ____2:21–cv–02763–RGK–AGR____
    Previously Superior Court Case No.  ____56–02020–00547467–CU–BC–VTA____
    Case Name:  ____Amir Heshmatpour v. FCA US LLC et al____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on  ____11/16/2021____, the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Jenny Lam_
    Deputy Clerk
    (Jenny_Lam@cacd.uscourts.gov)

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____     By: _____
Date                                 Deputy Clerk

CV–103 (05/18)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)